UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X    Docket No.: 07CV6326
CARMEN ACOSTA,

                Plaintiff,    **RULE 7.1 DISCLOSURE STATEMENT**

      -against-


AMERICAN SALES & MANAGEMENT ORGANIZATION
CORPORATION and AMERICAN AIRLINES, INC.


              Defendants,
----------------------------------------------------------------------X

      I, David S. Rutherford, attorney for defendant, AMERICAN AIRLINES, INC., having

filed an initial pleading in the above-captioned matter, make the following disclosure to the

Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure identifying any corporate

parents, subsidiaries or affiliates of defendants.

| | |
|---|---|
| AMR CORPORATION | AMR TRAINING & CONSULTING GRP |
| AMERICAN AIRLINES FOUNDATION | EAGLE AVIATION LEASING, INC. |
| AURORA INVESTMENTS, INC. | FLAGSHIP AIRLINES, INC. |
| AMR LEASING CORPORATION | EXECUTIVE AIRLINES, INC. |
| AMR POLSKIE USLUGI LOTNISKOWE | MIAMI INTL APT CARGO FACILITY |
| AMR RUNWAY TECHNOLOGIES, INC. | AMR SERVICES SECURITY SERVICE |
| WINGS WEST AIRLINES, INC. | AMR RUNWAY TECHNOLOGIES, INC. |
| SIMMONS AIRLINES, INC. | AMRS FRANCE HOLDING COMPANY |
| AMR SERVICES CORPORATION | SABRE EUROPA, INC. |
| SOCIETE DE FRET ET DE SVCS | SABRE GROUP, INC. |
| AMR SERVICES & LOGISTICS CO. | ENCOMPASS HOLDING, INC. |
| AURORA AIRLINE INVESTMENTS | AMRIS TRAINING SIMULATIONS |
| EAGLE AVIATION LEASING, INC. | AVION ASSURANCE LTD. |
| EAGLE AVIATION SERVICES, INC. | AMR VENTURES, III, INC. |
| CARIBBEAN DATA SERVICES, LTD. | ARM SERVICES DEUTSCHLAND GmbH |
| AMRIS INTERNATIONAL, INC. | INTERNATIONAL GROUND SERVICES |
| TELESERVICE RESOURCES, INC. | AMR SERVICES (UK) LIMITED |
| INVENTORY SUPPORT, INC. | C.R. SMITH MUSEUM FOUNDATION |
| AMR LEASING CORP. | TWO FLAGS LIMITED |
| AMR VENTURES III, INC. | CARGO SERVICES, INC. |
| DFW TERMINAL CORP. | |

AMR SLOT HOLDING, INC.
SST HOLDING, INC.
SST FINANCE, INC.

Dated: New York, New York
       July 11, 2007

                              Respectfully submitted,

                         **RUTHERFORD & CHRISTIE, LLP**


                         By: S/ David S. Rutherford_____
                                David S. Rutherford (DR 8564)
                                Attorneys for Defendants,
                                AMERICAN AIRLINES, INC.
                                300 East 42nd Street, 18th Floor
                                New York, New York 10017
                                (212)  599-5799


TO:    MARSCHHAUSEN & FITZPATRICK, P.C.
       Attorney for Plaintiff
       CARMEN ACOSTA
       500 Old Country Road, Suite 103
       Garden City, New York 11530
       (516)747-8000
       Attn: Dirk Marschhausen, Esq.

       MARTINEZ & RITORTO, P.C.
       Attorneys for Co-Defendant
       AMERICAN SALES & MANAGEMENT
       ORGANIZATION CORPORATION (ASMO)
       67 Wall Street
       New York, New York 10005
       (212) 248-0800
       Attn: Louis R. Martinez, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of  DEFENDANT'S RULE 7.1 DISCLOSURE

STATEMENT were served via regular mail to MARSCHHAUSEN & FITZPATRICK, P.C.,

Attn: Dirk Marschhausen, Esq., Attorney for Plaintiff, 500 Old Country Road, Suite 103, Garden

City, New York 11530, and to MARTINEZ & RITORTO, P.C., Attorneys for Co-Defendant,

AMERICAN SALES & MANAGEMENT ORGANIZATION CORPORATION (ASMO), 67

Wall Street, New York, New York 10005, Attn: Louis R. Martinez, Esq., on the 11th day of July,

2007.

**RUTHERFORD & CHRISTIE, LLP**

By: S/ David S. Rutherford

David S. Rutherford (DR 8564)
Attorneys for Defendant,
AMERICAN AIRLINES, INC.
300 East 42nd Street, 18th Floor
New York, New York 10017
(212)  599-5799