Louis R. Martinez (LM9155)
Richard Ritorto (RR2774)
MARTINEZ & RITORTO, P.C.
67 Wall Street, 25th Floor
New York, New York 10005
Tel. (212) 248-0800
Attorneys for Defendant:
AMERICAN SALES & MANAGEMENT
ORGANIZATION CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN ACOSTA,<br><br>     Plaintiff,<br> -against-<br><br>AMERICAN SALES & MANAGEMENT ORGANIZATION CORPORATION and AMERICAN AIRLINES, INC.,<br><br>     Defendants. | Case No.: 07-6326(PAC)(FM)<br><br>**AMERICAN SALES & MANAGEMENT ORGANIZATION CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Defendant AMERICAN SALES & MANAGEMENT ORGANIZATION CORPORATION (hereinafter referred to as "ASMORG") certify that ASMORG has no corporate parents and no publicly held corporation owning 10% or more of its stock.

Dated: New York, NY
    July 18, 2007

                  **MARTINEZ & RITORTO, P.C.**

                     /s/
                  By_____
                    Louis R. Martínez (LM9155)

.

                  67 Wall Street, 25th Floor
                  New York, New York 10005
                  Tel: (212) 248-0800

*Attorneys for Defendant*
AMERICAN SALES & MANAGEMENT
ORGANIZATION CORPORATION