Louis R. Martinez (LM9155)
Richard Ritorto (RR2774)
MARTINEZ & RITORTO, P.C.
67 Wall Street, 25th Floor
New York, New York 10005
Tel. (212) 248-0800
Attorneys for Defendant:
AMERICAN SALES & MANAGEMENT
ORGANIZATION CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN ACOSTA,<br><br>     Plaintiff,<br><br> -against-<br><br>AMERICAN SALES & MANAGEMENT ORGANIZATION CORPORATION and AMERICAN AIRLINES, INC.,<br><br>    Defendants. | Case No.:  07-6326(PAC)(FM)<br><br>**AMERICAN SALES & MANAGEMENT ORGANIZATION CORPORATION'S CONSENT TO REMOVAL** |

Defendant AMERICAN SALES & MANAGEMENT ORGANIZATION

CORPORATION, by its attorneys, Martinez & Ritorto, P.C., hereby consents to the

Notice of Removal filed by Co-Defendant AMERICAN AIRLINES, INC. on July 11,

2007.

Dated: New York, NY
   July 18, 2007

        **MARTINEZ & RITORTO, P.C.**

            /s/
        By_____
          Louis R. Martínez (LM9155)

.

        67 Wall Street, 25th Floor
        New York, New York 10005
        Tel:  (212) 248-0800

*Attorneys for Defendant*
AMERICAN SALES & MANAGEMENT
ORGANIZATION CORPORATION