AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Acosta v. American Sales & Management Organization Corp. et al    Case Number: 07-6326 (PAC)(FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant American Sales & Management Organization Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2007 | *(signature)* |
| Date | Signature |
| | Louis R. Martinez — LM9155 |
| | Print Name — Bar Number |
| | Martinez & Ritorto, PC, 67 Wall Street, 25th Floor |
| | Address |
| | New York — New York — 10005 |
| | City — State — Zip Code |
| | (212) 248-0800 — (212) 248-0990 |
| | Phone Number — Fax Number |