AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Acosta v. American Sales & Management Organization Corp. et al     Case Number: 07-6326 (PAC)(FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant American Sales & Management Organization Corporation

I certify that I am admitted to practice in this court.

| 7/19/2007 | _[signature]_ |
|---|---|
| Date | Signature |

Richard Ritorto                                                                 RR2774
Print Name                                                                   Bar Number

Martinez & Ritorto, PC, 67 Wall Street, 25th Floor
Address

| New York | New York | 10005 |
|---|---|---|
| City | State | Zip Code |

| (212) 248-0800 | (212) 248-0990 |
|---|---|
| Phone Number | Fax Number |