Louis R. Martinez (LM9155)
Richard Ritorto (RR2774)
MARTINEZ & RITORTO, P.C.
67 Wall Street, 25th Floor
New York, New York 10005
Tel. (212) 248-0800
Attorneys for Defendant:
AMERICAN SALES & MANAGEMENT
ORGANIZATION CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN ACOSTA,<br><br>     Plaintiff,<br> -against-<br><br>AMERICAN SALES & MANAGEMENT ORGANIZATION CORPORATION and AMERICAN AIRLINES, INC.,<br><br>     Defendants. | Case No.: 07-6326(PAC)(FM)<br><br>**AMERICAN SALES & MANAGEMENT ORGANIZATION CORPORATION'S ANSWER TO THE CROSS-CLAIMS CONTAINED IN DEFENDANT AMERICAN AIRLINES, INC.'S ANSWER TO THE VERIFIED COMPLAINT** |

    Defendant AMERICAN SALES & MANAGEMENT ORGANIZATION CORPORATION (hereinafter referred to as "ASMORG"), by its attorneys, Martinez & Ritorto, P.C., as and for an Answer to the Cross-Claims asserted in Defendant American Airlines, Inc.'s (hereinafter "American Airlines") Answer to the Verified Complaint, respectfully alleges upon information and belief as follows:

### AS AND FOR AN ANSWER TO AMERICAN AIRLINES' FIRST CROSS-CLAIM AGAINST ASMORG

    52.  Denies the allegations of Paragraph 52 of American Airlines' First Cross-Claim against ASMORG.

53. Denies the allegations of Paragraph 53 of American Airlines' First Cross-Claim against ASMORG.

54. Denies the allegations of Paragraph 54 of American Airlines' First Cross-Claim against ASMORG.

### AS AND FOR AN ANSWER TO AMERICAN AIRLINES' SECOND CROSS-CLAIM AGAINST ASMORG

55. Denies the allegations of Paragraph 55 of American Airlines' Second Cross-Claim against ASMORG.

56. Denies the allegations of Paragraph 56 of American Airlines' Second Cross-Claim against ASMORG.

### AS AND FOR A FIRST SEPARATE AND COMPLETE DEFENSE

57. ASMORG incorporates herein by reference all Affirmative Defenses heretofore or hereafter asserted by ASMORG, as well as any other Defendant in this Action, except to the extent any such Affirmative Defense may contain allegations adverse to ASMORG.

WHEREFORE, having fully answered the allegations contained in American Airlines' Cross-Claims against ASMORG, Defendant ASMORG demands judgment dismissing American Airlines' Cross-Claims against ASMORG, together with the costs and disbursements of this action, including reasonable attorneys' fees, and for such other and further relief as this Court may deem just and proper.

Dated: New York, NY
       July 27, 2007

**MARTINEZ & RITORTO, P.C.**



By_____ /s/
   Louis R. Martínez (LM9155)

.

67 Wall Street, 25th Floor
New York, New York 10005
Tel: (212) 248-0800

*Attorneys for Defendant*
AMERICAN SALES & MANAGEMENT
ORGANIZATION CORPORATION