A Professional Corporation

# MARTINEZ & RITORTO
Attorneys at Law

67 Wall Street  
New York, New York 10005

Tel. 212-248-0800  
Fax. 212-248-0990

January 8, 2008

**USDS SDNY**  
**DOCUMENT**  
**ELECTRONICALLY FILED**  
DOC #: _____  
DATE FILED: JAN 0 9 2008

**Via E-mail (CrottyNYSDChambers@nysd.uscourts.gov)**  
Hon. Paul A. Crotty  
United States District Courthouse – SDNY  
500 Pearl Street, Room 735  
New York, NY 10007-1312

Re:  Acosta v. American Sales & Management Organization Corporation et al  
   SDNY Case No. 07-6326 (PAC)(FM)  
   Our File: 2032-31

**MEMO ENDORSED**

Dear Judge Crotty:

We represent American Sales & Management Organization Corporation (hereinafter "ASMORG") in the above-captioned action. We write to request a rescheduling of the status conference currently scheduled for February 26, 2008 at 2:45 p.m. to an earlier date. I am lead trial counsel in an action pending in the U.S. District Court of Puerto Rico, and the trial is scheduled to commence on February 26, 2008. As a result, I am scheduled to be in Puerto Rico from February 13, 2008, through mid-March.

Therefore, we respectfully request that the status conference be rescheduled for February 6, 7 or 8, 2008. Counsel for all Parties have consented to the rescheduling.

Thank you for your consideration.

Respectfully submitted,

*Louis R. Martinez*  
Louis R. Martinez (LM 9155)

LRM/nn  
cc: All counsel via e-mail

Application GRANTED. The conference is adjourned to 2/7/08 at 2:00 pm in Courtroom 20-C

SO ORDERED:

*Paul A. Crotty*  
HON. PAUL A. CROTTY  
UNITED STATES DISTRICT JUDGE