UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CARMEN ACOSTA,                                         07 CIV 6326 (PAC) (FM)

                  Plaintiff,

  -against-                                               **NOTICE OF CHANGE OF**
                                                                                                **ADDRESS**

AMERICAN SALES & MANAGEMENT ORGANIZATION
CORPORATION and AMERICAN AIRLINES, INC.,

                  Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that **RUTHERFORD & CHRISTIE, LLP**, attorneys for defendants AMERICAN AIRLINES, INC., in the above captioned action, has moved its New York City office to 369 Lexington Avenue, 8th Floor, New York, New York 10017. Service of papers in the within action is to be made upon **RUTHERFORD & CHRISTIE, LLP**, at its new address.

Dated:  New York, New York
          January 18, 2008

                                      Yours etc.,

                                      **RUTHERFORD & CHRISTIE, LLP**

                              BY: _____
                                L. Diana Mulderig (LM9835)
                                Attorneys for Defendant,
                                AMERICAN AIRLINES, INC.
                                369 Lexington Avenue, 8th Floor
                                New York, New York 10017
                                (212) 599-5799

TO:    MARSCHHAUSEN & FITZPATRICK, P.C.
Attorneys for Plaintiff
CARMEN ACOSTA
500 Old Country Road, Suite 103
Garden City, New York 11530
(516)747-8000
Attn: Dirk Marschhausen, Esq.

MARTINEZ & RITORTO, P.C.
Attorneys for Co-Defendant
AMERICAN SALES & MANAGEMENT
ORGANIZATION CORPORATION (ASMO)
67 Wall Street
New York, New York 10005
(212) 248-0800
Attn: Louis R. Martinez, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the **NOTICE OF CHANGE OF ADDRESS** were served regular mail to MARSCHHAUSEN & FITZPATRICK, P.C., 500 Old Country Road, Suite 103, Garden City, New York 11530, Attention: Dirk Marschhausen, Esq. and MARTINEZ & RITORTO, P.C., 67 Wall Street, New York, New York 10005, Attn: Louis R. Martinez, Esq., on the 12th day of November, 2007.

RUTHERFORD & CHRISTIE, LLP

_____
L. Diana Mulderig (LM 9835)